ACCEPTED
12-15-00196-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/19/2016 12:42:05 PM
Pam Estes
CLERK

CAUSE NO. 12-16-00196-CR

| JAMES BOSWELL | § | IN THE |
| | § | |
| VS. | § | TWELFTH COURT |
| | § | |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/19/2016 12:42:05 PM
PAM ESTES
Clerk

### MOTION TO EXTEND TIME TO FILE TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 and 10.5(b)of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled State of Texas v. James Boswell and numbered 114-0952-15.

3. Appellant was convicted of Theft of Property >=$20K<$100K on July 11, 2016.

4. Appellant was assessed a sentence of fifteen (15) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5. Notice of Appeal was given on July 12, 2016.

6. The Clerk's Record was filed on September 1, 2016; the Reporter's Record was filed on September 9, 2016.

7. The Appellant's Trial Court's Certification of Defendant's Right to Appeal is due on September 19, 2016. Counsel requests the Court an extension of twenty (20) days due to the following reason.

8. Attorney for the Appellant was notified that the Clerk's Record failed to contain the Trial Court's Certification of Defendant's Right to Appeal from the Twelfth Court of Appeals. Attorney for the Appellant notified the Appellant who was

being housed at the Gurney Unit in Tennessee Colony, Texas. Attorney for the Appellant mailed the Trial Court's Certification of Defendant's Right to Appeal on September 6, 2016 along with a pre-paid return stamped envelope. At some point between September 6, 2016 and September 19, 2016, the Appellant was moved from the Gurney Unit in Tennessee Colony, Texas to the Choice Moore Unit in Bonham, Texas. It is believed that the Appellant might not have received his mail due to the transfer between the TDCJ units. Therefore, his transfer prevented him from responding in a prompt manner.

9. Appellant requests an extension of time due to the above referenced facts and circumstances.

10. Appellant prays that this Court grant this Motion to Extend Time to File Trial Court's Certification of Defendant's Right to Appeal for a period of twenty (20) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on September 19, 2016, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, 100 North Broadway Ave., 4th Floor, Smith County Courthouse, Tyler, Texas 75702, by electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.